

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 24404195**
**Date Processed: 01/31/2022**

| | |
|---|---|
| **Primary Contact:** | Andrew Akey<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Meghan Olson<br>Todd Lemanski<br>Brianna Varanko |
| **Entity:** | Menard, Inc.<br>Entity ID Number  0033810 |
| **Entity Served:** | Menard, Inc. |
| **Title of Action:** | Amanda Bessette vs. Menard, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Shawnee County District Court, KS |
| **Case/Reference No:** | 2022-CV-000034 |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 01/28/2022 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Drop Serve |
| **Sender Information:** | Law Office of Roger Fincher<br>785-430-5770 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**Exhibit A**

ELECTRONICALLY FILED
2022 Jan 26 PM 4:19
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000034

Amanda Bessette

vs.

Menard Inc

## SUMMONS

### Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Menard Inc**
**2900 SW Wanamaker Drive, Suite 204**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Roger Dale Fincher
1263 SW Topeka Blvd
Topeka, KS 66612

within 21 days after service of summons on you.

_____
Deputy Clerk for

Clerk of the District Court

Electronically signed on 01/26/2022 04:58:18 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2022 Jan 26 PM 4:19
CLERK OF THE SHAWNEE COUNTY DISTRICT COURT
CASE NUMBER: 2022-CV-000034

Roger D. Fincher, #16090
LAW OFFICE OF ROGER FINCHER
1263 SW Topeka Blvd.
Topeka, Kansas  66612
(785) 430-5770
Attorneys for Plaintiff

### IN THE DISTRICT COURT OF SHAWNEE COUNTY, KANSAS

| | |
|---|---|
| AMANDA BESSETTE, | ) |
|                 Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MENARD, INC. | ) |
| | ) |
|                 Defendant. | ) |

### **PETITION**

COMES NOW, the plaintiff, by and through her attorney, Roger D. Fincher, and for her cause of action against the defendant, alleges and states as follows:

1. That Defendant, Menard, Inc. may be served with process by and through its resident agent, Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka Kansas 66614.

2. Jurisdiction and venue are proper inasmuch as the subject incident occurred in Shawnee County, Kansas on property owned by and/or controlled by Defendant.

3. That on or about May 3, 2020 plaintiff, Amanda Bessette was a business invitee at the defendant's place of business located at 6401 SW 17th Street in Topeka Kansas.

1

4. That after checking out from inside the store, plaintiff was pushing a lumber cart supplied by the defendant, to her vehicle when she was injured.

5. That Defendant, Menard, Inc. owed a duty to the plaintiff to maintain and inspect the lumber cart that caused injury to plaintiff.

6. That Defendant, Menard, Inc. failed to take precautionary measures to insure the safe condition and proper maintenance of the lumber cart that caused injury to plaintiff.

7. That Defendant, Menard, Inc. negligently maintained a dangerous and defective cart on their premises.

8. That Defendant, Menard, Inc. breached its duty of care by providing unstable and insecure lumber cart to its business invitees.

9. That Defendant had a duty to warn business invitees of the defective and dangerous condition of the lumber cart.

10. That the aforementioned incident occurred as a proximate result of the negligence of the defendant.

11. That Plaintiff, Amanda Bessette sustained injuries as a result of the negligence and/or gross and wanton conduct of the defendant.

12. That as a proximate result of the above incident, plaintiff has or will suffer, past and future medical expenses, past and future pain and suffering, past and future lost wages and loss of enjoyment of life.

13. That plaintiff's damages exceed $75,000.00.

2

**WHEREFORE**, by reason of the above and foregoing, Plaintiff prays for judgment against Defendants in an amount in excess of $75,000.00, costs of this action, and such other and further relief, as the Court deems just and equitable.

LAW OFFICE OF ROGER FINCHER

/s/ Roger D. Fincher
**Roger D. Fincher, #16090**
1263 SW Topeka Blvd.
Topeka, Kansas  66612
(785) 430-5770
Attorney for Plaintiff

3